# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 952
:
APPOINTMENT TO CONTINUING : SUPREME COURT RULES DOCKET
JUDICIAL EDUCATION BOARD OF :
JUDGES :
:

## ORDER

**PER CURIAM**

    **AND NOW,** this 28th day of June, 2023, the Honorable Deborah A. Kunselman, Beaver County, is hereby appointed to the Continuing Judicial Education Board of Judges for a term expiring December 31, 2024.